IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSE L. FRANCE-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV241 |
| | ) | |
| KENNY HOLBROOK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on September 14, 2017, was served on the parties in this action. (ECF Nos. 32, 33.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Motion to Dismiss (ECF No. 14) is hereby DENIED.

This, the 17th day of October, 2017.

    /s/ Loretta C. Biggs
United States District Judge